See Exhibit 1, & 2. Thumb drives!

FILED
2023 JUN -8 AM 10: 02
US DISTRICT COURT
EASTERN DIST. TENN.

# UNITED STATES DISTRICT COURT
for the
EASTERN District of TENNESSEE
KNOXVILLE Division

Case No. **3:23-cv-196**
(to be filled in by the Clerk's Office)
Collier/McCook

Mr. REX ALLEN MOORE,

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

STATE OF TENN GOV., T.D.O.C. / B.O.P.P. et al

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Jury Trial: *(check one)*  ☒ Yes  ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non–Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Mr. Rex A. Moore, |
| Address | 2112 Washington Ave |
| City / State / Zip Code | Knoxdville / Tenn / 37917 |
| County | Knox |
| Telephone Number | (865) 927-6128 / (865) 964-3210 |
| E-Mail Address | Mr. |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | Govenor Bill Lee, |
| Job or Title (if known) | State Govenor, |
| Address | Govenor State Capitol. 1st Floor 600 Dr. Martin L. King Blvd. |
| City / State / Zip Code | Nashville / TN / 37243 |
| County | Davidson |
| Telephone Number | (615) 741-20001 |
| E-Mail Address (if known) | Bill.Lee@tn.gov |

☐ Individual capacity  ☒ Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | Mr. Frank Strada / Lisa Helton, |
| Job or Title (if known) | State T.D.O.C. / B.O.P.P. Commissioner, |
| Address | Sixth Floor Rachel Jackson Bld. 320 Sixth Ave North |
| City / State / Zip Code | Nashville / Tn / 37243-0465. |
| County | Davidson Co. |
| Telephone Number | (615) 253-8139 |
| E-Mail Address (if known) | Correction.Commissioner@tn.gov |

☐ Individual capacity  ☒ Official capacity

Defendant No. 3
Name: Mss. Sarah Dunn
Job or Title (if known): T.D.O.C. / B.O.P.P. Grievance Clerk, Employee Manager's Supp.
Address: 304home Ave
Maryville, TN 37801
City / State / Zip Code
County: Blunt County
Telephone Number: (865) 926-2051
E-Mail Address (if known): ?

☒ Individual capacity   ☒ Official capacity

Defendant No. 4
Name: Mr. James Paschky, / & Mr. Johnny Caldwell,
Job or Title (if known): T.D.O.C./ B.O.P.P. Senior, & Defendant Probation Offer's,
Address: 1426 Elm St,
Knoxville, TN 37921
City / State / Zip Code
County: Knox County
Telephone Number: (865) 582-2000 / (865) 582-2045
E-Mail Address (if known): ?

☒ Individual capacity   ☒ Official capacity

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

(1). Defendant's, Gov. Bill Lee, & Commissioner Frank Strata & party, Authorized T.D.O.C. / BB.O.P.P. Judical liberation Order, for disiplinary Saintion, & Constitutional formal Grievance, Appeal dispositions, proceedure held at the hands of remaining assisted & Conducted probation officer's defendant's, Manager, Mss. Sarah Dun, P/O Mr. Jonny Caldwell, and authorized T.D.O.C./ B.O.P.P.Manager, Mr. James Paschky

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

At the authorized reporting office's (1). Govenor State Capitol 1st Floor 600 Dr. Martin L. King Blvd. Nashville Tenn 37243. (2). & T.D.O.C. / B.O.P.P. Office of Commissioner, Frank Strata, Sixth Floor Rachel Jackson Bldg. 320 SixthAve North Nashville Tennessee 37243-0465, Office of T.D.O.C./B.O.P.P. 1426 Elm St. Knoxville Tennessee 37921. & Temple Baptest Church 1700 W. Beaver Creek Dr. Knoxville Tennessee 37849.

B. What date and approximate time did the events giving rise to your claim(s) occur?

Near or Upon 3-10-2023, 3-12-2023, & 3-19-2023.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

(1). The State Of Tenn, T.D.O.C. / B.O.P.P. Was given Notice of my formal pre trial court judical proceeding, while my contesting religious condition of my Stste Probation:(2). Near or Upon 3-10-2023. The T.D.O.D./B.O.P.P. Officer, Mr. Jonny Caldwell, Made Announcement of a new said Government, official additional 4th G.P.S. reporting monitoring update, for each future ( Sunday ). (3). I then informed Mr. Caldwell I perticipated in religious worship, ecczerbing the sabith as annual Sunday services to my religious Godly faith practice: to rest each Sunday.(4). I then also refered him to my previous probation loged perscription of medical ordered strong medication disabling me for ability to timely report while resting on my Sunday sabbiyh day. (5). (Claim 1.))After the above reports, I showed up late 3-12-2023. for the 1st Sunday probation G.P.S. update report._____ Mr. Caldwell disiplinary Saintioned me, ordered an 8:00pm curfew.(6).As i recorded on tape, Mss. Sarah Dunn, Hearing the Grievance board with only her & i in a closed in room alone, i asked for an appeal, nothing else happened with it No resolution, or copys given to me. Manager also only breached me saying to better leave it alone, as if being violated revolked, & going to prison.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

(1). Willful personal injury, by The Tenn. Gov. Official's, Law enforcement Agancy's, T.D.O.C. /B.O.P.P. intimidation, and or interference, privilege of religious/faitrh against Petitioners ( RFRA ) & B.J.C, Religious freedom-restoration Act. civil right's laws violation, astablished under the opinion. Causing public, / Personal damage's, imbaresment indispenasable pain, while puting the congregation, leadership, at question, and hault of petitioner's worship, attendance; for alarm/alert upon his future church property appoerance, while wrongful blocking of his unreparable Godly, past, present, & future, personal timely relationship for religious worship !

See the Nov 17th 1993 Protection of Religious Practice - Legislation ( Bill )

( Unreparable - Concreat - Injurie )     ( Article III. )

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

(1), (2), (3), & (4), th defendant, individual'(s) each Capacity claim personal deprivation of Petitioners, 1st Amnd. constitutional religious, Grievance Civil rights, laws violation requested relief of Seventy Thousand Dollars, $ 70,000. inividual capacity monjtary Damage's

Claimnt (2) . Official Capacity Defendant : State of Tenn. T.D.O.C. /B.O.P.P. Commissioner Mr. Frank Strata / & Associate's, Violation of Petitioners 1st. Amnd. freedom of religon, redress Grievance, due process deprivation Law violation One Million Dallars 1, 000,000,000. Opinion From the State of Tenn. Cofferis of

No less than $ 75,000 dollars

( R F R A ) , Religious Freedom Restoration Act   AS   Would   ( B.J.C.) Monitary  damage relief

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6-7-2023

Signature of Plaintiff: _Rex A. Moore_
Printed Name of Plaintiff: _Rex A. Moore_

### B. For Attorneys

Date of signing:

Signature of Attorney: Pro-se litigant
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:
City / State / Zip Code
Telephone Number: (865) 964-3215
E-mail Address: